

COM.

v.

**SELLERS, S.**

**1122 MDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–28–CR–0000339–2014 (Franklin)

Affirmed

COM.

v.

**RIVERA, R.**

**1414 MDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–38–CR–0000424–2015 (Lebanon)

Affirmed

L.F.

v.

**J.F., Sr.**

**1744 MDA 2016**

Superior Court of Pennsylvania.

07/31/2017

2009–01382 (Lancaster)

Affirmed

COM.

v.

**LAMBERT, D.**

**1835 MDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–36–CR–0000928–2010 (Lancaster)

Affirmed

**IN RE: ESTATE OF MCLEOD, K.S.**

**1960 MDA 2016**

Superior Court of Pennsylvania.

07/31/2017

22150133 (Dauphin)

Affirmed

